Accordingly, we dismiss this appeal for lack of jurisdiction.